## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **FREDDIE EUGENE CASEY,** | ) | |
| | ) | Case No. 7:97CV00466 |
| Petitioner, | ) | Case No. 7:12CV_00590_ |
| v. | ) | |
| | ) | **ORDER** |
| **WARDEN, BUCKINGHAM** | ) | |
| **CORRECTIONAL CENTER,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Respondent. | ) | |

For the reasons stated in the Opinion accompanying this Order, it is

**ORDERED** as follows:

1. Petitioner's "Rule 60 Motion" (ECF No. 38), seeking to reopen this action under 28 U.S.C.A. § 2254, is DENIED;

2. Petitioner's said motion is CONSTRUED as a new petition for a writ of habeas corpus under 28 U.S.C.A. § 2254, and the clerk is DIRECTED to docket the pleading as a new and separate civil action under § 2254;

3. Petitioner's new § 2254 petition is DISMISSED without prejudice under 28 U.S.C.A. § 2244(b) as successive, and is stricken from the active docket of the court; and

4.    Because Petitioner has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER:   November 30, 2012

/s/  James P. Jones
United States District Judge